# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANDRE K. DAVIS,

    Plaintiff,

v.                                      Case No. 07-11740
                                        Honorable Denise Page Hood
                                        Magistrate Paul Komives

PATRICIA CARUSO, *et al.*,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF, & DENYING PLAINTIFF'S MOTION FOR ORDER REQUIRING DEFENDANTS TO CEASE INTERFERING WITH HIS ACCESS TO THE COURTS

Before the Court is Magistrate Judge Paul Komives' Report and Recommendation ("R & R") [Dkt. # 55, filed March 4, 2008]. The R &R recommends that Plaintiff's Motion for Injunctive Relief [Dkt. # 3] be denied and that Plaintiff's Motion for Order Requiring Defendants to Cease Interfering With His Access to the Courts [Dkt. # 8] be denied. Plaintiff did not file objections to the R & R.

If a party objects to specific portions of the R & R, a district court should "make a de novo determination of those portions." 28 U.S.C. § 636. If an R & R is not objected to, a district court need not review it by any standard. *See* 28 U.S.C. § 636; *see also Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002). A district court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(B)(1).

The Court has reviewed the R & R and agrees with its reasoning and conclusions of law.

In light of the foregoing,

IT IS ORDERED that the R & R of Magistrate Judge Paul Komives [Dkt. # 55, filed March 4, 2008] is **ACCEPTED** and **ADOPTED** as this Court's findings and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Motion for Injunctive Relief [Dkt. # 3] is **DENIED**.

IT IS FURTHER ORDERED that Plaintiff's Motion for Order Requiring Defendants to Cease Interfering With His Access to the Courts [Dkt. # 8] is **DENIED**.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: March 28, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record and Andre K. Davis, Reg. No.198028, Gus Harrison Correctional Facility, 2727 E. Beecher St., Adrian, MI 49221 on March 28, 2008, by electronic and/or ordinary mail.

S/William F. Lewis
Case Manager